5/11/10  ORIENTATION  to  Medical
         FOR  CO's

Wil Anderson                              _____ ~ _____   D29
Justin Bias                               _____ ~ _____   D24
J Barry _____                             _____ ~ _____
CHARLES HORNBERGER                        _____ _____   D54
Todd Hundt   D4                           _____ _____   D16
Dan Walls                                 _____ _____   D19
_____ S. Hall                             _____   D8
        · D23                             _____   D27
_____                                     _____   D32
_____                                     _____ _____
_____ D13
Robert _____  Di5
_____   Di5
_____   Di7
_____   D10
_____   A/5
_____   ACR
_____
Floyd Fast   D6
_____   _____
_____   D22
_____   D2
Brandon _____   D33
_____   Di1
Shane Crockett   D30

_____ Instructors _____
_____ Steele _____

EXHIBIT 26

# Introduction to Correctional Healthcare



Dec 2009

003764

EXHIBIT 26

# 3 Topics to Discuss

- What is the difference between Correctional  Healthcare and Community Healthcare? (serious health issues)

- How do you reduce risks from healthcare related to law suits?

- How do you lower the healthcare cost?

# Why do you go to the doctor?

003766

EXHIBIT 26

# The 5 Step Approach to Correctional Healthcare

- Disease - - - - -        Health

- Side Effects - - -    No Side Effects

- Discomfort - - - - -  Comfort

- High Cost - - - - - -  Low Cost

- High Workload - - -Low Workload

# Why does the inmate/patient seek medical attention?

- To get comfortable

- To address their perception of illness

- To handle anxiety

- Wants vs. Needs

# What is your doctor's goal when he sees you in the office?

EXHIBIT 26

# What is <u>your</u> responsibility for the standard of healthcare in the correctional setting?

- Can not let the inmate's health deteriorate.

- Address Serious Medical Needs

- The inmate must be able to function within the environment.

# Deliberate Indifference

- What is deliberate indifference

  When you <u>know</u> something is
  wrong and do <u>nothing</u> about it

- Can the jail staff be sued for
  deliberate indifference

003771

EXHIBIT 26

# The 8th Amendment
# Estelle vs. Gamble

- Guarantees access to healthcare (Does not guarantee choice of treatment)

- Competent Medical Opinion

- The doctors orders are followed

# Four levels of healthcare in a correctional setting

1.  The Inmate –(Commissary: Inmate Education)

    – 1% hydrocortisone cream – 10 packets

    – Antacid tablets – no limit

    – Antifungal cream

    – Dandruff Shampoo

    – Ibuprofen 200 mgs – 10 packets of 2 each

    – Triple antibiotic ointment – 10 packets

    – Tylenol 325 mgs – 10 packets of 2 each

# Four levels of healthcare in a correctional setting

2. Nurse/Medical Officer
   - Proper Approach to the Inmate
   - Protocol Manual (yellow book)

# **When using Protocols:**

Protocols are designed to assist the staff in the gathering of information to be communicated to the medical staff. The Protocols are not intended to establish a standard of medical care and are not standing orders. All treatments must be ordered and approved by a Nurse Practitioner, Physician Assistant, or a Physician.

003775

EXHIBIT 26

# Proper Sick Call Technique

- Never be confrontational
- Listen without interrupting the patient
- Use a sad but glad statement
- Express empathy
- Ask questions to clarify issues
- Do a problem focused examination
- Find out what the patient wants

# Proper Sick Call Technique                      continued

- Explain what you can/cannot do

- Discuss alternatives

- Take appropriate action

- Follow-up to ensure appropriate patient care

- Follow-up to ensure the problem is resolved/controlled

EXHIBIT 26

# Four levels of healthcare in a correctional setting

3.  Physician

4.  Off-site

003778

EXHIBIT 26

# Line of Authority

- Site Physician overrules community physician

- Sheriff overrules site physician

003779

EXHIBIT 26

# How to reduce lawsuit risk in the correctional setting

- Take no medical responsibility
  - Determine Medical Authority
  - Use a physician trained in correctional medicine
  - Ask for documentation of correctional malpractice insurance from your physician
  - Correctional officers to refer to medical authority
- Written Medical Policies and Procedures
  - These Policies & Procedures should flow with the Jail Policies & Procedures

003780

EXHIBIT 26

# Chronic illnesses in the correctional setting

1. Diabetes
2. Asthma
3. Seizures
4. Infectious Diseases
   a. HIV
   b. Hepatitis
   c. Staph
5. HTN/CAD

# Pregnancy

1.  Testing

2.  Spontaneous Abortion
        pad rule

3.  Methadone usage

# Mental Health

1.   Serious Mental Illness – Axis 1

2.   Behaviors – cutters – Axis II

003783

EXHIBIT 26

# Main Cause of Death in Correctional Facilities

1. Suicide

2. Cardiac

3. Asthma

003784

EXHIBIT 26

# Dentistry

1.   Standard of Care

2.   Serious Dental Issues

003785

EXHIBIT 26

# Emergency Issues

1.  Bleeding

2.  Chest pain

3.  Seizures

4.  Fractures

5.  Alcohol /Drug Withdrawal

003786

EXHIBIT 26

# Special Problems

## Seizures

- Call the doctor
- Is there a history of alcohol/drug use

003787

EXHIBIT 26

# Diets

1. Diabetic

2. Pregnancy

3. Food Allergy

4. Religious Diet

003788

EXHIBIT 26

# Housing Issues

1.   Mattresses
2.   Pillows
3.   Shoes
4.   Low Bunk
5.   Contact lens
6.   Hearing aids
7.   Glasses

003789

EXHIBIT 26

# Drug & Alcohol Withdrawal

- Fit for confinement policy
- Signs of alcohol withdrawal
  - They are drunk
  - They have  developed tremors (shaky) of hand

- Signs of drug use
  - Mood swings
  - Check pupils

- Call the Doctor for orders

# Open Discussion

EXHIBIT 26