IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

RON duBOIS and THORA duBOIS,      )
Husband and Wife, and as Co-Special    )
Administrators of the Estate of       )
Peter duBois, Deceased,            )
                                   )
                 Plaintiffs,       )
                                   )
v.                                 )      Case No. CIV-12-40-L
                                   )
ADVANCED CORRECTIONAL           )
HEALTHCARE, INC., et al.,           )
                                   )
                 Defendants.       )

# J U D G M E N T

Pursuant to the orders issued this date and May 7, 2013, judgment is hereby entered in favor of defendants R.B. Hauf, Sheriff of Payne County, State of Oklahoma, in his individual and official capacities and Reese Lane, Payne County Jail Administrator, in his individual and official capacities.

Pursuant to the settlement announced on May 14, 2013, it is ordered that the Clerk administratively terminate plaintiffs' claim against defendant Advanced Correctional Healthcare, Inc. in his records without prejudice to the rights of the parties to reopen the proceeding for good cause shown, for the entry of any stipulation or order, or for any other purpose required to obtain a final determination of the litigation.

If the parties have not reopened this case with respect to the claim against defendant Advanced Correctional Healthcare, Inc. within **30 days** of the date of this judgment for the purpose of dismissal pursuant to the settlement compromise, this action shall be deemed to be dismissed **with prejudice**.

Entered this 17th day of May, 2013.

_Tim Leonard_
TIM LEONARD
United States District Judge